IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2017 JUL -6  A 8: 30

ERICA PALMER,

    Plaintiff,

v.

TI - RESURRECTION
LIFE CENTER, L.L.C.,

    Defendant.

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CASE NO. 2:17-CV-426

JURY TRIAL REQUESTED

## COMPLAINT

**COMES NOW** the Plaintiff, Erica Palmer, by and through her undersigned counsel of record, and hereby doth complain against the above-named Defendant, as set forth herein-below.

### I. JURISDICTION & VENUE

1.    Plaintiff Erica Palmer files this Complaint, institutes these proceedings, and invokes the jurisdiction of this Court under and by virtue of 28 U.S.C. §§ 1331 and 1334 (a)(4), as an action arising under the Act of Congress known as Title VII of the Civil Rights Act of 1964, (42 U.S.C. § 2000(e) et seq.), as amended by the 1991 Civil Rights Act, 42 U.S.C. § 1981(a); and 42 U.S.C. § 1201, et seq., and the Pregnancy Discrimination Act, to obtain equitable relief, the costs of suit, including reasonable attorneys' fees, and damages suffered by the Plaintiff, due to the Defendant's discrimination against Plaintiff.

2.    Plaintiff Palmer filed a charge of race discrimination with the EEOC in Birmingham on January 22, 2016.  Plaintiff received a right-to-sue on April 17, 2017,

giving Plaintiff the right to pursue this claim in federal court for 90 days after said receipt. (Exhibit A).

3.     Venue is proper in the Northern Division of the Middle District of Alabama, since the alleged discriminating action of Defendant occurred in Montgomery County, Alabama.

## II. PARTIES

4.     The named Plaintiff, Erica Palmer (hereinafter "Plaintiff" or "Plaintiff Palmer"), is a citizen of the United States and a resident of Autaugaville, Alabama. Plaintiff is over the age of nineteen years.

5.     The Defendant, TI - Resurrection Life Center, L.L.C. (hereinafter "Defendant" or "Defendant Center"), is a business located in Montgomery County Alabama. At all times relevant to this complaint, Plaintiff was employed, and continues to be employed, by Defendant.

## III. STATEMENT OF FACTS

6.     Plaintiff Palmer is thirty-year-old female and began working at The Gables assisted living division of Defendant Center as a Resident Care Aid in 2014.

7.     On or about September 28, 2015, Plaintiff Palmer discovered she was pregnant.   Ms. Palmer informed her supervisor, Dianne Woodruff, that she was pregnant within the next two days, on or about September 29-30.

8.     After Plaintiff Palmer informed Ms. Woodruff that she was pregnant, Ms. Woodruff began subjecting Plaintiff to comments such as "don't do this" and "don't do that" unless Plaintiff Palmer had someone to help her.  As a result, Plaintiff felt that Ms.

Woodruff was concerned that the pregnancy might be a limiting condition on Plaintiff's job performance.

9.      Nonetheless, Plaintiff Palmer continued to perform the necessary duties and functions of her job.

10.     On or about December 3, 2015, Plaintiff Palmer was informed that she was being investigated, and that Defendant Center had received a complaint about Plaintiff being rude.

11.     On December 4, 2015, Plaintiff Palmer was informed that she was being terminated.   Plaintiff avers that she received no explanation as to why she was terminated, but was later informed by Human Resources that she was terminated because she told a resident to "close the blinds."

12.     Plaintiff Palmer does not recall an incident in which she asked a patient to "close the blinds."

13.     Plaintiff Palmer believes that her termination was related to her pregnancy and that her pregnancy played a substantial and motivating role in her termination. Plaintiff Palmer avers that any other reason given for her termination is pretextual.

14.     As a result of this unlawful termination, Plaintiff Palmer has been a victim of unlawful pregnancy discrimination and sex and pregnancy discrimination in violation of the Pregnancy Discrimination Act and Title VII, 42 USC 2000(e).

## IV.  PLAINTIFF'S CAUSE OF ACTION

### PREGNANCY DISCRIMINATION AS A FORM OF SEX DISCRIMINATION IN VIOLATION OF THE PREGNANCY DISCRIMINATION ACT

15.     Plaintiff repeats, realleges and incorporates by reference paragraphs 1 through 14 above, the same as if more fully set forth herein, and further avers that the

3

Defendant's actions toward her violated Plaintiff's right to be free of pregnancy discrimination in employment, in violation of Title VII of the Civil Rights Act of 1964, as amended, (42 U.S.C. § 2000(e), et seq.), and the Pregnancy Discrimination Act.

16. As a proximate cause of Defendant's afore-described actions in discriminating against Plaintiff, due to her race, Plaintiff was injured and damaged, as set forth in paragraphs 1 through 14 above. In addition, Plaintiff has suffered considerable mental and emotional anguish.

17. Plaintiff avers that she has pursued and exhausted her administrative remedies.

## PRAYER FOR RELIEF

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff Palmer respectfully prays that this Court grant the following relief:

a) Judgment declaring that the Defendant discriminated against Plaintiff, on the basis of Plaintiff's pregnancy;

b) An order granting Plaintiff compensation for rights to which Plaintiff would have been entitled, had Plaintiff not been the victim of pregnancy discrimination, effective from the date of final judgment;

c) An award of compensatory damages, including for mental anguish, to which Plaintiff may be entitled;

d) An award of punitive damages, due to the egregious nature of the pregnancy discrimination practiced against Plaintiff so openly tolerated, ratified and acquiesced in by the Defendant;

4

e)      An award of all court costs and reasonable attorneys' fees, including those incurred for seeking administrative relief; and

f)      Such further, other and different relief as the Court may deem appropriate and necessary.

Respectfully submitted this _5th_ day of July, 2017.

Erica Palmer, Plaintiff

Julian McPhillips (ASB-3744-L74J)
Counsel for Plaintiff

Chase Estes (ASB-1089-F44L)
Counsel for Plaintiff

**OF COUNSEL:**
**MCPHILLIPS SHINBAUM, L.L.P.**
516 South Perry Street
Montgomery, Alabama 36104
(334) 262-1911
(334) 263-2321       FAX
julianmcphillips@msg-lawfirm.com
cestes@msg-lawfirm.com

## JURY DEMAND

Plaintiff hereby requests trial by jury on all issues so triable.

OF COUNSEL

## NOTE FOR SERVICE OF PROCESS

Defendant is to be served via private process server at the address of its registered agent as follows:

TI – Resurrection Life Center, L.L.C.
c/o Corporation Service Company, Inc., Registered Agent
641 S. Lawrence Street
Montgomery, AL 36104