IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ERICA PALMER,                  )
                               )
     Plaintiff,                )
                               )     CIVIL ACTION NO.
     v.                        )       2:17cv426-MHT
                               )            (WO)
TI-RESURRECTION LIFE           )
CENTER, L.L.C.,                )
                               )
     Defendant.                )
```

OPINION AND ORDER

Plaintiff filed this lawsuit contending that she was subjected to pregnancy discrimination in her employment. This case is before the court on the recommendation of the United States Magistrate Judge that defendant's motion to enforce settlement and dismiss be denied. There are no objections to the recommendation. Upon an independent and de novo review of the record, it is ORDERED as follows:

(1) The recommendation of the United States Magistrate Judge (doc. no. 15) is adopted.

(2) The motion to enforce settlement and dismiss (doc. no. 9) is denied.

It is further ORDERED that this case is referred back to the magistrate judge for further proceedings.

DONE, this the 5th day of January, 2018.

                                          /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**